UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re:

George Conway & Ellen Conway,                                    Case No. 3-24-10126
                                                                 Chapter 7

      Debtors.

---

### NOTICE OF APPEAL

---

Jonathan V. Goodman, counsel for the Debtors, hereby appeals to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. § 128(a) from the decision and order of the United States Bankruptcy Court for the Western District of Wisconsin in the above-captioned case of June 3, 2026, DOC 307, said order and decision granting the motion of the U.S. Trustee to examine fees and ordering the disgorgement of $30,000.00 in fees paid to the appellant by the Debtors and turnover said disgorgement to Brian Hart, the Chapter 7 Trustee, all pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2017.

In accordance with Federal Rule of Bankruptcy Procedure 8001(a), the names of the parties to the decision and order appealed from the names, addresses and telephone numbers of their respective attorneys are set forth as follows:

        Jonathan V. Goodman
        Attorney For Debtors
        500 E. Lake View Avenue
        Whitefish Bay, WI  53217
        Telephone: 414-460-0210

        Brian P. Thill
        Attorney for the U.S. Trustee
        Office of the U.S. Trustee
        780 Regent Street, Suite 304
        Madison, WI  53715
        Telephone: 608-264-5522

1

Dated this 14th day of June, 2026.

Respectfully submitted,

LAW OFFICES OF JONATHAN V. GOODMAN

*/s/ Jonathan V. Goodman*
Jonathan V. Goodman
Law Offices of Jonathan V. Goodman
500 E. Lake View Ave
Whitefish Bay, WI  53217
Phone:  (414) 460-0210
Email: jonathanvgoodman@gmail.com

2